

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-17,629-02

### EX PARTE KARL WAYNE PHILLIPS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 42,078-A-H-1 IN THE 188TH DISTRICT COURT
### FROM GREGG COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to burglary of a habitation and was sentenced to five years' imprisonment.

In his present application, filed under the cause number for the burglary of a habitation offense, Applicant alleges that he is entitled to street time jail credit against his sentence for burglary of a motor vehicle. Because he has filed his application on the wrong cause number, the application must be dismissed. This dismissal will not prevent Applicant from re-filing his claim under the correct cause number.

Filed: November 25, 2015
Do Not Publish